**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

RONALD L. HILL,
REG. #15295-045                                                                                          PLAINTIFF

v.                                          2:12-cv-00145-BSM-JTK

K. MAPLES, et al.                                                                                     DEFENDANTS

**ORDER**

Plaintiff, a federal inmate proceeding pro se, has been granted leave to proceed in forma pauperis in this federal civil rights (Bivens) action (Doc. No. 10), and has submitted an Amended Complaint (Doc. No. 12) in accordance with this Court's July 31, 2012 Order. Having reviewed such, the Court finds service appropriate at this time for Defendants Rios, Maples, Molina, Barker, Peikar, and Rendon. Accordingly,

IT IS THEREFORE ORDERED that service is appropriate for Defendants Rios, Maples, Molina, Barker, Peikar, and Rendon. The Clerk of the Court shall prepare summons for the Defendants and the United States Marshal is directed to serve a copy of the Amended Complaint (Doc. No. 12) and summons on the Defendants, the United States Attorney for this district, and the United States Attorney General, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 7th day of September, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE