**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**RONALD L. HILL
REG #15295-045**                                                                         **PLAINTIFF**

**v.**                      **CASE NO. 2:12CV00145 BSM/JTK**

**K. MAPLES, Physician's Assistant,
Federal Correctional Institution,
Forrest City, Arkansas et al.**                                        **DEFENDANTS**

## ORDER

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge Jerome T. Kearney [Doc. No. 14] have been reviewed. No objections have been filed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

Plaintiff Ronald Hill's claims against defendants Jason A. Sickler, K. Cook, A. Crow, K. Peters, G. Toliver, R. Taylor, and H. Matos are dismissed for failure to state a claim upon which relief may be granted.

Dated this 12th day of December 2012.

                                                                              _____
                                                                              UNITED STATES DISTRICT JUDGE