**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

| | |
|---|---|
| RONALD L. HILL, REG. #15295-045 | PLAINTIFF |
| v.   2:12CV00145-BSM-JTK | |
| K. MAPLES, et al. | DEFENDANTS |

### **ORDER**

Defendants Kathleen Maples, Dr. Andres Molina Ossers, and Dr. Nader Peikar, through their attorney, have answered and supplied their correct names (Doc. No. 25). The Clerk is directed to change the style of the case to reflect the correct names of these Defendants.

IT IS SO ORDERED this 29th day of April, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE