IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

RONALD L. HILL                                                                                    PLAINTIFF

v.                              CASE NO. 2:12CV00145 BSM

KATHLEEN MAPLES et al.                                                              DEFENDANTS

## ORDER

The proposed findings and recommendations submitted by United States Magistrate Judge Jerome T. Kearney have been received. No objections have been filed. After careful consideration, the proposed findings and recommendations should be, and hereby are, approved and adopted in their entirety in all respects.

Accordingly, defendant Amy Barker's motion for summary judgment [Doc. No. 60] is granted, and plaintiff Ronald L. Hill's amended complaint is dismissed with prejudice.

IT IS SO ORDERED this 5th day of February 2014.

_____
UNITED STATES DISTRICT JUDGE